<partyblock>

The People of the State of New York, Respondent,

against

Kisean Samuels, Appellant.

Appellate Advocates (Cynthia Colt of counsel), for appellant.

Queens County District Attorney (John M. Castellano, Johnnette Traill, Roni Piplani and Jimei Hon of counsel), for respondent.

Appeal from two judgments of the Criminal Court of the City of New York, Queens County (Stephanie L. Zaro, J.), rendered January 12, 2017. Each judgment convicted defendant, upon his plea of guilty, of petit larceny, and imposed sentence.

ORDERED that the judgments of conviction are affirmed.

Defendant was charged in two accusatory instruments, which each alleged one count of petit larceny as well as a a variety of other offenses arising from, among other things, defendant's unauthorized use of a credit card to purchase a $419 item of jewelry. Defendant pleaded guilty to each charge of petit larceny in satisfaction of both instruments, and the Criminal Court authorized a five-year order of protection on behalf of the rightful owner of the credit card. Neither at the plea proceedings, when the prosecutor announced his request for an order of protection, nor at sentencing, when the order issued, did defendant object either to the fact of the order or to its duration. Thus, defendant's present claims
are not preserved for appellate review (see CPL 470.05 [2]; People v Powell, 158 AD3d 824 [2018]; People v Rodriguez, 157 AD3d 971 [2018]; People v Mitchell, 142 AD3d 1185 [2016]; People v O'Connor, 136 AD3d 945 [2016]; People v Hickey, 60 Misc 3d 137[A], 2018 NY Slip Op 51110[U], *3 [App Term, 2d Dept, 9th & 10th Jud Dists 2018]), and we decline to review the claims in the interest of justice. If it is defendant's view that the order of [*2]protection is no longer necessary, defendant's remedy, if he be so advised, is an application to the trial court to amend or vacate the order (see People v Nieves, 2 NY3d 310, 317 [2014]; People v Gibson-Parish, 153 AD3d 1273 [2017]; People v O'Connor, 136 AD3d 945; People v Kumar, 127 AD3d 882, 883 [2015]).

Accordingly, the judgments of conviction are affirmed.

WESTON, J.P., PESCE and SIEGAL, JJ., concur.

ENTER:

Paul Kenny

Chief Clerk

Decision Date: November 30, 2018

<form method="LINK" action="../../slipidx/at_2_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>